AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

EMPOWER MEDIA PARTNERS, LLC

*Plaintiff(s)*

v.

REGENCY MANAGEMENT SERVICES, LLC; ABDEL RAHMAN AYYAD, individually; PAYMASTER, LLC; and SAMMY AYYAD, individually

*Defendant(s)*

Civil Action No. 26-cv-80714-Artau

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* REGENCY MANAGEMENT SERVICES, LLC
101 East Chesapeake Avenue, 5th Floor
Towson, MD 21286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert M. Einhorn, Esq.
Zarco Einhorn Salkowski, P.A.
2 S. Biscayne Blvd 34th Floor
Miami, Florida 33131
REinhorn@zarcolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jun 16, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

EMPOWER MEDIA PARTNERS, LLC

*Plaintiff(s)*

v.

REGENCY MANAGEMENT SERVICES, LLC; ABDEL RAHMAN AYYAD, individually; PAYMASTER, LLC; and SAMMY AYYAD, individually

*Defendant(s)*

Civil Action No. 26-cv-80714-Artau

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ABDEL RAHMAN AYYAD
3517 Old Trail Road
Edgewater, Maryland 21037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert M. Einhorn, Esq.
Zarco Einhorn Salkowski, P.A.
2 S. Biscayne Blvd 34th Floor
Miami, Florida 33131
REinhorn@zarcolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jun 16, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

EMPOWER MEDIA PARTNERS, LLC

*Plaintiff(s)*

v.

REGENCY MANAGEMENT SERVICES, LLC; ABDEL RAHMAN AYYAD, individually; PAYMASTER, LLC; and SAMMY AYYAD, individually

*Defendant(s)*

Civil Action No. 26-cv-80714-Artau

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAYMASTER, LLC
101 East Chesapeake Avenue, 5th Floor
Towson, MD 21286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert M. Einhorn, Esq.
Zarco Einhorn Salkowski, P.A.
2 S. Biscayne Blvd 34th Floor
Miami, Florida 33131
REinhorn@zarcolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Jun 16, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

EMPOWER MEDIA PARTNERS, LLC

*Plaintiff(s)*

v.

REGENCY MANAGEMENT SERVICES, LLC; ABDEL RAHMAN AYYAD, individually; PAYMASTER, LLC; and SAMMY AYYAD, individually

*Defendant(s)*

Civil Action No. 26-cv-80714-Artau

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAMMY AYYAD
3517 Old Trail Road,
Edgewater, Maryland 21037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert M. Einhorn, Esq.
Zarco Einhorn Salkowski, P.A.
2 S. Biscayne Blvd 34th Floor
Miami, Florida 33131
REinhorn@zarcolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Jun 16, 2026

Angela E. Noble
Clerk of Court

s/ C. A. Weech
Deputy Clerk
U.S. District Courts